**Dean Browning Webb**
*Attorney and Counselor at Law*
8002 N.E. Highway 99, Suite B, PMB # 256, Vancouver, Washington 98665
Telephone: 503-629-2176\Electronic Messaging Address: ricoman1968@aol.com

2 January 2008                                                                     via U.S. Mail

Office of the Clerk
United States District Court
    Northern District of California
San Jose Division
280 South First Street
Room 2112
San Jose, CA 95113



**Filed**

JAN 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST...

      Re:    ***Rhonda Farrah v. Monterey Transfer & Storage, Inc.,*** USDC ND Calif., CV 07-06044 JW PVT

Dear Clerk:

    Enclosed herewith please file the original and a copy of the executed return of service evidencing service of process upon defendant Monterey Transfer & Storage, Inc., of the summons, complaint, order setting case management conference, and standing order regarding case management in civil cases.

    Please note that service of the afore referenced papers occurred on 5 December 2007.

    Thank you for your courtesy, cooperation, and professionalism.

                                                           Very truly yours,

                                                          Dean Browning Webb

referenced enclosures

cc: Ms. Rhonda Farrah

Dec 05 07 02:08p    Loren Gjesdal    360-828-8466    p.4

*ORIGINAL*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me

DATE: 12-5-07

Name of SERVER: Philip Vernon

TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:

Monterey Transfer & Storage, Inc.
414 West Market Street
Salinas, California 93901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

Jane Doe office worker.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

TRAVEL

SERVICES: Summons & Complaint., Order setting case management conference, standing order regarding case management in cicil cases

TOTAL: $50.00

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-5-07
             Date

Signature of Server: *Philip S. Vernon*

Address of Server: 60 West Alisal Street, #14
Salinas, California 93901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 12-5-07

Name of SERVER: Philip Vernon

TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:

Monterey Transfer & Storage, Inc.
414 West Market Street
Salinas, California 93901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

Jane Doe office worker.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL

SERVICES: Summons & Complaint., Order setting case management conference, standing order regarding case management in cicil cases

TOTAL: $50.00

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-5-07
Date

Signature of Server: Philip S Vernon

Address of Server: 60 West Alisal Street, #14
Salinas, California 93901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure