1 | Gregg S. Garfinkel, Esq., SBN 156632
2 | Amy W. Lewis, Esq., SBN 158999
  | STONE | ROSENBLATT | CHA, PLC
  | A Professional Law Corporation
3 | 21550 Oxnard Street, Suite 200
  | Woodland Hills, California 91367
4 | Tel: (818) 999-2232
5 | Fax: (818) 999-2269
  | email: ggarfinkel@srclaw.com
6
7 | Attorneys for Defendant
  | MONTEREY TRANSFER & STORAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT - SAN JOSE DIVISION

| | |
|---|---|
| RHONDA FARRAH,<br><br>    Plaintiff<br><br>v.<br><br>MONTEREY TRANSFER & STORAGE, INC., a California corporation,<br><br>    Defendant. | Case No. C07-06044 JW<br><br>Complaint filed: 11/29/07<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT. UNDER RULE 12(b)(6) OF FEDERAL RULES OF CIVIL PROCEDURE**<br><br>[49 U.S.C. 14706, 13907(a)]<br><br>DATE:        February 25, 2008<br>TIME:        9:00 a.m.<br>COURTROOM:   8 |

TO PLAINTIFF AND HER COUNSEL OF RECORD AND TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that on February 25, 2008, at 9:00 a.m., in Courtroom 8, of the United States District Court, Northern District, located in San Jose, California, Defendant, MONTEREY TRANSFER & STORAGE, INC. ("Defendant") will move and hereby does move to dismiss, under F.R.C.P. 12(b)(6), the entirety of Plaintiff RHONDA FARRAH's ("Plaintiff") Complaint ("Complaint"), given Plaintiff's failure to state a claim upon which relief can be granted.

/ / /

1

The motion is made on the grounds that the causes of action pleaded in the Complaint are completely preempted by the Carmack Amendment to the Interstate Commerce Act (49 U.S.C. §14706).

The motion will be based upon this Notice, the Memorandum of Points and Authorities attached hereto and served and filed herewith, the Court's file on this matter, and the pleadings and papers filed herein.

Dated:    January 10, 2008

STONE, ROSENBLATT & CHA
A Professional Corporation

By: *Amy W. Lewis*
GREGG S. GARFINKEL
AMY W. LEWIS
Attorneys for Defendant
MONTEREY TRANSFER & STORAGE, INC.