UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RHONDA FARRAH,                                    No. C 07-06044 JW

       Plaintiff(s),

   v.                                    CLERK'S NOTICE CONTINUING MOTION
                                                 HEARING

MONTEREY TRANSFER & STORAGE,
INC.,

       Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss before Judge James Ware previously noticed

for February 25, 2008 at 9:00 AM has been reset to **March 17, 2008 at 9:00 AM** Courtroom 8, 4th

Floor, 280 S. 1st Street, San Jose, California.

Dated: January 16, 2008

                                FOR THE COURT,
                                Richard W. Wieking, Clerk


                             by:  _____/s/_____
                                   Elizabeth Garcia
                                   Courtroom Deputy

**United States District Court**
For the Northern District of California