

### Dean Browning Webb
### *Attorney and Counselor at Law*
8002 N.E. Highway 99, Suite B, PMB # 256, Vancouver, Washington 98665
Telephone: 503-629-2176\Facsimile: 503-629-9527

19 May 2006                          via Federal Express: **Tracking Number 8555 8010 9606**

Bekins Monterey Transfer & Storage Inc.
Mr. Trae Schick, General Manager
414 West Market Street
Salinas, CA 93901-1422

Re:     *Submission of Statement of Claim Upon Behalf of Ms. Rhonda M. Farrah*
               **Date of Move**: 15 January 2002
               **Origin**: Rhonda M. Farrah, 3320 Kingsley Court, Peeble Beach, CA
               **Destination**: Monterey Transfer & Storage, Inc., 414 West Market Street,
                  Salinas, CA 93901, Lot # 15303
               **Carrier's Order Number**: W/B # 1031

Dear Mr. Schick:

     Upon behalf of our client, Ms. Rhonda M. Farrah, transmitted via Federal Express to your attention, this letter both constitutes and accompanies a submitted Statement of Claim for losses and damages against Monterey Transfer & Storage, Inc.

     Please direct your written response to the undersigned.

     Thank you for your courtesy, cooperation, and professionalism.

                                        Very truly yours,

                                        Dean Browning Webb

referenced Statement of Claim

cc: Ms. Rhonda M. Farrah

**Statement of Claim For Losses and Damages Submitted Upon Behalf of**
**Rhonda Marie Farrah Against**
**Monterey Transfer & Storage, Inc.,**
**attached hereto and Incorporated herein by reference, dated 18 May 2006**

Re:    *Submission of Statement of Claim Upon Behalf of Ms. Rhonda M. Farrah*
**Date of Move**: 15 January 2002
**Origin**: Rhonda M. Farrah, 3320 Kingsley Court, Peeble Beach, CA
**Destination**: Monterey Transfer & Storage, Inc., 414 West Market Street,
Salinas, CA 93901, Lot # 15303
**Carrier's Order Number**: W/B # 1031