

# STATEMENT OF CLAIM

**MONTEREY TRANSFER & STORAGE INC**
414 WEST MARKET STREET
SALINAS, CALIFORNIA 93901
831-422-6683 / 831-375-4163


BILL OF LADING NO.

## PART A

| CUSTOMER NAME (PRINT) | ORIGIN CITY AND STATE | DESTINATION CITY AND STATE |
|---|---|---|
| Rhonda M. Farrah | Pebble Beach, CA | Salinas, CA |

| LOADING DATE | CARTONS PACKED BY | UNPACKED BY |
|---|---|---|
| 1/15/2002 | Rich, Josh, & Dwight | |

| DELIVERY DATE | STORED AT | DATES OF STORAGE |
|---|---|---|
| 1/15/2002 | Monterey Transfer & Storage, Inc, Salinas CA | 01/15/02 – 01/13/05 |

COVERAGE SELECTED: ☐ $.60/POUND   ☑ STANDARD TRANSIT PROTECTION
☐ FOR ALL IT'S WORTH AMOUNT $ _____   ☐ DEDUCTIBLE AMOUNT

## PART B

See Attached Itemized Statement of Claim specifying Lost, Missing, Damaged and/or Stolen Items

## PART C

THE INFORMATION CONTAINED IN THIS LOSS/DAMAGE CLAIM IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND CONSTITUTES MY COMPLETE AND ENTIRE CLAIM FOR LOSS/DAMAGE

Signature: *Dean Browning Webb, Esq., Attorney for Rhonda M. Farrah*

### CURRENT INFORMATION (PLEASE PRINT)

| NAME: Dean Browning Webb | DATE: 18 May 2006 |
|---|---|
| STREET: 8102 NE Hwy 99, Ste B, #256 | |
| CITY & STATE: Vancouver, WA | ZIP: 98665 |
| HOME PHONE: N/A | OFFICE PHONE: (503) 629-2176 |
| COMPANY: Attorney and Counselor at Law | POSITION: Attorney |