# MONTEREY TRANSFER & STORAGE, INC.
# STORAGE

## ATTACHMENT TO STATEMENT OF CLAIM
## SUBMITTED UPON BEHALF OF RHONDA M FARRAH
## FOR LOSSES AND DAMAGES
## 18 MAY 2006

### ITEMIZATION OF LOST CONTAINER DATA

**Date of Move**: 15 January 2002
**Origin**: Rhonda M. Farrah, 3320 Kingsley Court, Peeble Beach, CA
**Destination**: Monterey Transfer & Storage, Inc., 414 West Market Street, Salinas, CA 93901, Lot # 15303
**Carrier's Order Number**: W/B # 1031

This submission of itemized personal property loss shall be further supplemented as necessary, and Ms. Farrah expressly reserves the right to supplement this specific itemization of loss.

| ITEMS | ESTIMATED/ ACTUAL VALUE |
|---|---|
| **FAMILY ROOM:** | |
| One (1) 48-in. TV | $ 1,200.00 |
| One (1) Video Tape Player | $ 400.00 |
| Five (5) Large Olive Jars | $ 600.00 |
| Five (5) Large Water Jars | $ 800.00 |
| 100+ Video Tapes | $ 2,000.00 |
| One (1) DVD Player | $ 400.00 |
| One (1) Oriental Rug | $12,000.00 |
| One (1) Bronze Sculpture | $ 3,000.00 |
| Assorted Fireplace Accessories | $ 1,800.00 |
| One (1) Video Camera | $ 900.00 |
| One (1) 35-mm Camera | $ 300.00 |
| **TOTAL**: | **$ 23,400.00** |

1

## WET BAR:

| | |
|---|---|
| Full Service of assorted Bar Glasses—24 each | $ 3,200.00 |
| 50 Bottles of assorted Wines | $ 750.00 |
| Complete Set of Bar Cutlery and Accessories | $ 350.00 |
| One (1) Silver Champagne Bucket | $ 400.00 |
| Five (5) Wine Holders | $ 100.00 |
| One (1) Ornamental Wine Bottle Opener | $ 500.00 |

**Total:** **$ 5,300.00**

## HALF-BATH:

| | |
|---|---|
| One (1) Antique Mirror | $ 2,500.00 |
| One (1) Small Oriental Rug | $ 2,100.00 |

**Total:** **$ 4,600.00**

**ESTIMATED/ ACTUAL VALUE**

## STUDY/LIBRARY:

| | |
|---|---|
| Brass Desk Set | $ 400.00 |
| Binoculars [2] | $ 700.00 |
| Panasonic KXT7020 Phone System | $22,000.00 |
| Antique Trash Can (Waste Paper Basket) | $ 275.00 |
| Paper Shredder | $ 150.00 |
| Antique Book Ends | $ 750.00 |
| Assorted Art Books | $ 900.00 |
| One (1) Micro Cassette Recorder | $ 150.00 |

**Total:** **$ 25,325.00**

2

### GUEST HOUSE:

| | |
|---|---:|
| Oriental/Persian Rugs [2] | $ 3,300.00 |
| Brass Artwork | $ 1,100.00 |
| Assorted Fireplace Accessories | $ 750.00 |
| Full Kitchen China, Flatware, Glassware | $ 950.00 |
| 36" Color TV/VCR | $ 425.00 |
| Stereo System | $ 1,100.00 |
| **Total:** | **$ 7,625.00** |

### LAUNDRY ROOM:

| | |
|---|---:|
| Oriental/Persian Rug | $ 350.00 |
| **Total:** | **$ 350.00** |

### GARAGE/LOFT:

| | |
|---|---:|
| Refrigerator | $ 1,400.00 |
| Golf Clubs | $ 1,300.00 |
| All Tools/Garden, as well as Household | $ 1,500.00 |
| Invisible Fencing System | $ 800.00 |
| Phone System | $ 700.00 |
| **Total:** | **$ 5,700.00** |

**ESTIMATED/ ACTUAL VALUE**

### WORKOUT ROOM/FULL BATH:

| | |
|---|---:|
| Set of Free Weights | Weight Bench/Complete |
| Exercise Mats, and Massage Table | $ 2,700.00 |
| Oriental/Persian Rug | $ 3,700.00 |
| Assorted Bathroom Accessories | $ 375.00 |
| 19" Color TV/VCR | $ 450.00 |
| Stereo System | $ 600.00 |
| **Total:** | **$ 7,825.00** |

3

## LIVING ROOM:

| | |
|---|---|
| Assorted Moroccan, Indian, Chinese accessories and vases – 6 each | $ 3,200.00 |
| One (1) Persian Rug – 6' x 9' | $ 4,800.00 |
| **Total:** | **$ 8,000.00** |

## FRONT HALLWAY/FOYER/FRONT STAIRS:

| | |
|---|---|
| One (1) Persian Rug – 10' x 12' | $ 5,700.00 |
| Two (2) Still-life Portraits – "Birds" | $ 7,000.00 |
| **Total:** | **$ 12,700.00** |

**ESTIMATED/ACTUAL VALUE**

## DINING ROOM/DINING ROOM CLOSET:

| | |
|---|---|
| Assorted Crystal: | $ 9,500.00 |
|     China | |
|     Wine Glasses | |
|     Champagne Glasses | |
|     Decanters | |
|     Vases | |
| Childhood Collectibles | $ 850.00 |
| Assorted Sterling Silver: | |
|     5 Serving Trays | $ 2,500.00 |
|     2 Tea Services | $ 1,600.00 |
|     2 Champagne Buckets | $ 1,100.00 |
|     6 Serving Dishes | $ 2,400.00 |
|     24 Serviette Holders | $ 1,200.00 |
| One (1) 84" x 62" Tapestry | $ 8,700.00 |
| **Total:** | **$ 28,050.00** |

## SECOND FLOOR HALLWAY/CLOSETS:

| | |
|---|---|
| Designer bedding: | $ 6,000.00 |
| **Total:** | **$ 6,000.00** |

## ESTIMATED/ACTUAL VALUE

## GUEST BEDROOM/BATH:

| | |
|---|---|
| One (1) Persian Rug | $ 2,200.00 |
| One (1) Portrait – "House" | $ 5,700.00 |
| One (1) 19" Color TV/VCR | $    450.00 |
| **Total:** | **$ 8,350.00** |

## AMANDA'S BEDROOM/BATH:

| | |
|---|---|
| Assorted Bathroom Accessories | $    375.00 |
| Two (2) Persian/Oriental Rugs | $ 2,400.00 |
| One (1) 19" Color TV/VCR/DVD | $    550.00 |
| Stereo System | $    650.00 |
| One (1) Antique Childhood Rocking Chair | $    750.00 |
| **Total:** | **$ 4,725.00** |

## MASTER BEDROOM:

| | |
|---|---|
| Ralph Lauren Bedding ($790.00) | $    790.00 |
| One (1) Korean "Flower of Life" Painting | $ 1,300.00 |
| One (1) Persian Rug – 20' x 16' | $ 6,800.00 |
| One (1) Abstract Painting | $ 5,000.00 |
| Assorted Fireplace Accessories | $    550.00 |
| **Total:** | **$ 14,440.00** |

5

|  | ESTIMATED/<br>ACTUAL VALUE |
|---|---|

### MASTER BEDROOM CLOSET:

| | |
|---|---|
| Assorted Designer-Hat Collection | $ 1,500.00 |
| Assorted Designer Wardrobe (Giorgio, Jones of N.Y., Ann Taylor) | $ 26,000.00 |
| Seven (7) Cashmere Sweaters | $ 2,100.00 |
| Six (6) Coogi Sweaters | $ 2,100.00 |
| Black Pearl Necklace and Earrings | $ 1,500.00 |
| One (1) Blue Fox Jacket: | $ 6,900.00 |
| One (1) Full-length Mink Coast: | $ 13,500.00 |
| **Total:** | **$ 53,600.00** |

### MASTER BEDROOM BATH:

| | |
|---|---|
| Assorted accessories: | $ 450.00 |
| **Total:** | **$ 450.00** |

### KITCHEN:

| | |
|---|---|
| Assorted China – Two (2) Sets | $ 1,200.00 |
| Assorted Glassware – Two (2) Sets | $ 1,300.00 |
| Assorted Flatware – Three (3) Sets | $ 600.00 |
| Assorted Utensils – Pots, Pans, Corning Ware | $ 2,500.00 |
| Assorted Mugs – Festive (Christmas, Easter, Halloween) – Three (3) Sets | $ 1,200.00 |
| Assorted Vases – Crystal, Bud | $ 375.00 |
| Assorted Appliances: | |
|    One (1) Toaster Oven | $ 125.00 |
|    Two (2) Juicers | $ 450.00 |
|    Two (2) Blenders | $ 400.00 |
| Professional Cutlery – Two (2) Sets | $ 380.00 |
| One (1) Persian/Oriental Rug | $ 1,100.00 |
| **Total:** | **$ 9,630.00** |

**TOTAL LOSS and DAMAGE CLAIM SUBMISSION: $ 205,010.00**

6