Gregg S. Garfinkel, Esq., SBN 156632
Amy W. Lewis, Esq., SBN 158999
STONE | ROSENBLATT | CHA, PLC
A Professional Law Corporation
21550 Oxnard Street, Suite 200
Woodland Hills, California 91367
Tel: (818) 999-2232
Fax: (818) 999-2269
email: ggarfinkel@srclaw.com

Attorneys for Defendant
MONTEREY TRANSFER & STORAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT - SAN JOSE DIVISION

| | |
|---|---|
| RHONDA FARRAH,<br><br>   Plaintiff<br><br>v.<br><br>MONTEREY TRANSFER & STORAGE, INC., a California corporation,<br><br>   Defendant. | Case No. C07-06044 JW<br><br>Complaint filed: 11/29/07<br><br>**NOTICE OF TAKING MOTION TO DISMISS COMPLAINT OFF CALENDAR**<br><br>DATE:  February 25, 2008<br>TIME:  9:00 a.m.<br>COURTROOM:  8 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   PLEASE TAKE NOTICE that defendant Monterey Transfer and Storage, Inc. hereby gives notice that its Motion to Dismiss scheduled for hearing on February 25, 2008 at 9:00 A.M. <u>should be taken off the court's calendar</u>.

Dated:   February 5, 2008

STONE, ROSENBLATT & CHA
A Professional Corporation

By: _____
GREGG S. GARFINKEL
AMY W. LEWIS
Attorneys for Defendant
MONTEREY TRANSFER & STORAGE, INC.

1

NOTICE OF TAKING MOTION TO DISMISS OFF CALENDAR

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21550 Oxnard Street, Main Plaza, Suite 200, Woodland Hills, CA 91367.

On February 5, 2008, I served the foregoing documents described as

- Notice of Taking Motion to Dismiss off Calendar

in the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Woodland Hills, California, addressed as follows:

Dean Browning Webb
8002 N. E. Highway 99, Ste. B
PMB#256
Vancouver, WA 98665-8833

I am familiar with the ordinary business practice of the law firm of Stone, Rosenblatt & Cha for collection and processing of correspondence for mailing with the United States Postal Service at the aforementioned place of business and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing on the date stated above, following such ordinary practices, and in such manner as to cause it to be deposited with the United States Postal Service that same day in the ordinary course of business, addressed as indicated above.

Executed on February 5, 2008, at Woodland Hills, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

_____
Judith Nourse