UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 4/7/2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-07-06044 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

TITLE

**Rhonda Farrah v. Monterey Transfer & Storage, Inc.**

**Attorney(s) for Plaintiff(s):** Dean Webb
**Attorney(s) for Defendant(s):** Leslie Blozan

PROCEEDINGS

Defendant's First Motion to Dismiss

ORDER AFTER HEARING

Hearing Held. The Court issued a tentative ruling to grant Defendant's Motion. The Court further took the matter under submission after oral argument. The Court to issue further order on Defendant's Motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: