IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rhonda Farrah, | NO. C 07-06044 JW |
|       Plaintiff, | **JUDGMENT** |
|   v. | |
| Monterey Transfer & Storage, Inc., | |
|       Defendant. | |

Pursuant to the Court's May 23, 2008 Order Granting Defendant's Motion to Dismiss With Prejudice, judgment is entered in favor of Defendant Monterey Transfer & Storage, Inc., against Plaintiff Rhonda Farrah.

Each party shall bear their own fees and costs.

The Clerk shall close this file.

Dated: May 23, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dean Browning Webb ricoman1968@aol.com
Gregg S. Garfinkel ggarfinkel@srclaw.com

**Dated:  May 23, 2008**                                    **Richard W. Wieking, Clerk**

                                                            **By:   /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California